1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant TAYLOR

6

7                   UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )      No. CR-09-00283 SBA
                                       )
11           Plaintiff,                )      STIPULATED REQUEST TO CONTINUE
                                       )      HEARING DATE TO SEPTEMBER 15,
12      v.                             )      2009 FOR CHANGE OF PLEA AND
                                       )      ORDER
13                                     )
    BOBBY RAY TAYLOR,                  )
14                                     )      Hearing Date: September 8, 2009
             Defendant.                )      Time:          9:00 a.m.
15                                     )
    _____)
16

17       The above-captioned matter is set on September 8, 2009 before this Court for a status

18  hearing at 9:00 a.m.  The parties jointly request that this Court continue the matter one week to

19  September 15, 2009 at 11:00 a.m. for a change of plea hearing.

20       This is a felon in possession of a firearm case, and Mr. Taylor plans to enter into an open

21  plea.  His case is set for a status hearing on September 8, 2009, but counsel for Mr. Taylor needs

22  one additional week to prepare Mr. Taylor for his plea.  For this reason, the parties request that

23  the Court grant a one-week continuance.  Because Mr. Taylor will enter his plea of guilty on

24  September 15, 2009, the parties agree that there is no need to exclude time from September 8,

25  until September 15, 2009 because there was a previous order excluding time in this case and

26  ample time remaining under the Speedy Trial Act.

Stip. Req. To Continue Hearing Date to
September 15, 2009, No. CR-09-00283 SBA

1   DATED: September 1, 2009                         /S/
                                                WADE RHYNE
2                                           Assistant United States Attorney

3
    DATED: September 1, 2009                         /S/
4                                           ANGELA M. HANSEN
                                            Assistant Federal Public Defender
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date to
September 15, 2009, No. CR-09-00283 SBA            2

1

**ORDER**

2       Based on the reasons provided in the stipulation of the parties above, the Court hereby

3   FINDS:

4       1.      Given Mr. Taylor's plan to enter into an open plea and counsel's need for one

5   additional week to prepare Mr. Taylor to enter his plea before the Court;

6       2.      Given that the parties agree that there is no need to exclude time between

7   September 8 and September 15, 2009;

8       3.      Given that the Court has previously excluded time in this case and that there is

9   ample time remaining under the Speedy Trial Act;

10      Based on these findings, IT IS HEREBY ORDERED that the STATUS date of

11  September 8, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is

12  vacated and reset for September 15, 2009, at 11:00 a.m. for a change of plea hearing.

13

14  DATED: 9/3/09                                   _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
15                                                  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date to
September 15, 2009, No. CR-09-00283 SBA          3