BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00283 SBA |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO |
| v. ) | APRIL 20, 2010 AND ORDER |
| BOBBY RAY TAYLOR, ) | Date: March 9, 2010<br>Time: 10:00 a.m. |
| Defendant. ) | |

The above-captioned matter is set on March 9, 2010 at 10:00 a.m. before this Court for a sentencing hearing. The parties jointly request that this Court continue the matter to April 20, 2010 at 10:00 a.m. for sentencing because of government counsel's unavailability on March 9, 2010.

This is a felon in possession of a firearm case, and Mr. Taylor entered into an open plea on September 15, 2009. The Probation Office has disclosed the final Presentence Investigation Report ("PSR"), and Mr. Taylor faces an advisory sentencing Guidelines range of 30-37 months.

Government counsel is currently in trial before the Honorable D. Lowell Jensen in *United States v. Mehrdad Hakimian,* CR-09-00021, and will not be in a position to appear at Mr.

1  Taylor's scheduled sentencing hearing on March 9, 2010.  For this reason, the parties agree that
2  it would be appropriate to continue Mr. Taylor's sentencing date to April 20, 2010.  If an earlier
3  date becomes available, the parties will file a stipulation requesting that the Court advance this
4  date.

5  Defense counsel contacted Probation Officer Brian Casai who completed the PSR in this
6  case, and Mr. Casai is available on April 20, 2010 and has no objection to this continuance.

7  Because Mr. Taylor entered into a guilty plea and is currently awaiting sentencing, the
8  parties agree that the Speedy Trial Act does not apply.

DATED: March 2, 2010                             /S/
                                                WADE RHYNE
                                                Assistant United States Attorney

DATED: March 2, 2010                             /S/
                                                ANGELA M. HANSEN
                                                Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that Mr. Taylor entered into an open plea on September 15, 2009 and is currently awaiting sentencing;

2. Given government counsel's unavailability to attend Mr. Taylor's currently scheduled sentencing hearing on March 9, 2010 because of a scheduling conflict with a criminal trial that week;

3. Given that Mr. Taylor has already entered into a guilty plea, the Speedy Trial Act does not apply; and

4. Given that all parties, including the Probation Officer, are available on April 20, 2010, and that the parties have agreed to seek to advance this date if an earlier date becomes available.

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of March 9, 2010, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for April 20, 2010, at 10:00 a.m. for sentencing.

DATED: 3/5/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Sentencing Hearing,
CR-09-00283 SBA                                                3