STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOBBY RAY TAYLOR,<br><br>    Defendant. | No. CR 09-00283 SBA<br><br>STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE HEARING STATUS DATE TO DECEMBER 20, 2012 AND [PROPOSED] ORDER<br><br>Hearing Date: December 6, 2012<br>Time:    9:30 a.m.<br><br>**The Honorable Kandis Westmore** |

The above-captioned matter is set on December 6, 2012 before this Court for a hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Mr. Taylor violated the terms of his supervised release. The parties jointly request that the Court continue this supervised release matter to the Court's December 20, 2012 calendar for status.

In 2009, Mr. Taylor was convicted and sentenced for being a felon in possession of a firearm. He began supervision in December 2010. At the last appearance the parties notified the Court that the government made a contingent offer to the defendant concerning an allegation in the Form 12 Petition that involves potential new criminal charges. As a result, the defense would like additional time to investigate those charges and to advise Mr. Taylor before the parties may finalize the government's offer.

Stip. Req. To Continue Status Hearing, No.
CR-09-00283 SBA

For this reason, it is respectfully requested that the Court set this matter over until December 20, 2012, to give Mr. Taylor sufficient time to investigate and to negotiate any disposition that may be presented to the district court.

Because this case involves an allegation that Mr. Taylor violated the terms of his supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: December 5, 2012   /S/
WADE M. RHYNE
Assistant United States Attorney

DATED: December 5, 2012   /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Taylor violated the terms of his supervised release;

2. Given that Mr. Taylor would like additional time to investigate the charges in the Form 12 and to negotiate any disposition that may be presented to the district court;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the December 6, 2012 supervised release status hearing date is vacated and reset to December 20, 2012, at 9:30 a.m.

DATED: 12/5/12

KANDIS A. WESTMORE
United States Magistrate Judge